# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| ZULMA COLON,<br><br>           Plaintiff,<br><br>     v.<br><br>CAPITAL ONE BANK (USA), N.A.,<br><br>           Defendant. | Case No. **8:19-cv-3122-VMC-AAS**<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT CAPITAL ONE BANK (USA), N.A.** |

   NOTICE IS HEREBY GIVEN that Plaintiff Zulma Colon and Defendant Capital One Bank (USA), N.A. have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and expect to file a Stipulation for Dismissal with Prejudice within the next sixty (60) days. Plaintiff requests that the Court vacate all pending deadlines and hearings in this matter as to Defendant Capital One Bank (USA), N.A. Plaintiff also requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

   Respectfully submitted this 6th day of March 2020.

                                         PRICE LAW GROUP, APC

                                         By: */s/ Santiago J. Teran*
                                         Santiago J. Teran (FL #1018985)
                                         1001 N Federal Hwy, Ste 349
                                         Hallandale, FL 33009
                                         T: (818) 600-5586

F: (818) 600-5486<br>
E: santiago@pricelawgroup.com<br>
*Attorneys for Plaintiff,*<br>
*Zulma Colon*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 6, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

*/s/ Josefina Garcia*