**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

|  |  |
|---|---|
| ZULMA COLON,<br><br>       Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK (USA), N.A.,<br><br>       Defendant. | Case No.  **8:19-cv-3122-VMC-AAS**<br><br><br>**STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Zulma Colon and Defendant Capital One Bank (USA), N.A., by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice. The parties have further stipulated that each party shall bear their own attorneys' fees, costs, and expense.

Dated: April 16, 2020.                    Respectfully submitted,

**PRICE LAW GROUP, APC**              **BALLARD SPAHR LLP**


*/s/ Santiago J. Teran*                    */s/ Jenny N. Perkins*
Santiago J. Teran (FL #1018985)      Jenny N. Perkins (FL #77570)
1001 N Federal Hwy, Ste 349          1735 Market Street, 51st Floor
Hallandale, FL 33009                 Philadelphia, PA 19103
T: (818) 600-5586                    T: (215) 864-8378
F: (818) 600-5486                    F: (215) 864-8999
E: santiago@pricelawgroup.com        E: perkinsj@ballardspahr.com
*Attorneys for Plaintiff,*            *Attorneys for Defendant*
*Zulma Colon*                         *Capital One Bank (USA), N.A.*

## CERTIFICATE OF SERVICE

I do hereby certify that on April 16, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent by operation of the Court's Electronic Filing System to all counsel of record.

*/s/ Josefina Garcia*